United States Bankruptcy Court
Central District of California

Avery,
    Plaintiff

Adv. Proc. No. 15-01052-ER

Florencia,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: llomeliC      Page 1 of 1      Date Rcvd: Apr 29, 2015
                      Form ID: pdf031     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2015.
dft          Insalata Florencia,    18591 Damasco Street,    West Covina, CA 91782

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
pla          +E-mail/Text: wavery@7trustee.net Apr 30 2015 02:29:06     Wesley H. Avery,   28005 Smyth Drive, #117,   Valencia, CA 91355-4023
                                                                                                                                                                       TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2015 at the address(es) listed below:
          David Brian Lally    on behalf of Defendant Insalata Florencia davidlallylaw@gmail.com
          Robert M Aronson    on behalf of Plaintiff Wesley H. Avery robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
          Wesley H Avery (TR)    wamiracle6@yahoo.com, jmoattrustee@gmail.com;vguillentrustee@gmail.com;C117@ecfcbis.com;afitzpatricktrustee@gmail.com
                                                                                                                                                                                     TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David Brian Lally, Esq., Bar No. 145872<br>Law Office of David Brian Lally<br>26895 Aliso Creek Rd., #B663<br>Aliso Viejo, CA 92656<br>Telephone 949-500-7409<br>Facsimile 949-861-9250<br>Davidlallylaw@gmail.com | **FILED & ENTERED**<br><br>APR 29 2015<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gonzalez **DEPUTY CLERK** |
| ☒ *Attorney for Defendant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>PABLO JAVIER ASPIAZU<br><br>Debtor(s). | CASE NO.: 2:14-bk-28392-ER<br><br>CHAPTER 7<br><br>ADVERSARY NO.: 2:15-AP-01052-ER |
|---|---|
| WESLEY H. AVERY, CHAPTER 7 TRUSTEE<br><br>Plaintiff(s),<br>vs.<br><br>INSALATA FLORENCIA,<br><br>Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>    **(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This *Adversary Proceeding to determine the dischargeability of debt* (Adversary Proceeding/Name of Dispute in Main Case) is hereby assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:                                                                         Alternate mediator:

<u>Dennis McGoldrick, Esq.</u>                                <u>                           </u>,
Name                                                                                 Name

<u>Law Office of Dennis McGoldrick</u>

Firm name                                                                      Firm name

| | |
|---|---|
| 350 S. Crenshaw Blvd, #A207B<br>Address | _____<br>Address |
| Torrance CA 90503<br>City, state, zip code | _____<br>City, state, zip code |
| 310-328-1001<br>Telephone | _____<br>Telephone |
| _____<br>Facsimile | _____<br>Facsimile |
| dmcgoldrick@yahoo.com<br>Email address | _____<br>Email address |

The attorneys for the parties are:

| | |
|---|---|
| Attorney for: Defendant | Attorney for Plaintiff: |
| David B. Lally<br>Name | Robert M. Aronson, Esq.<br>Name |
| Law Office of David B. Lally<br>Firm name | Law Office of Robert M. Aronson<br>Firm name |
| 26895 Aliso Creek Rd., #B663<br>Address | 444 S. Flower Street, Suite 1700<br>Address |
| Aliso Viejo, CA 92656<br>City, state, zip code | Los Angeles, Ca 90071<br>City, state, zip code |
| 949-500-7409<br>Telephone | (213) 688-8945<br>Telephone |
| 949-861-9250<br>Facsimile | _____<br>Facsimile |
| Davidlallylaw@gmail.com<br>Email address | robert@aronsonlawgroup.com<br>Email address |

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☒ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   - Specify grounds: _____
8. ☐ Other. Please specify: _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                Page 2                                F 702

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☒ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000,
    state amount: $ _____
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

    (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

    (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, (b) the original and (1) copy of a Notice of Entered Order and Service List, and (c) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b. If Order is prepared by the judge:

    (1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

    (2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

    _____

    (3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2. Other: [Attach additional page(s) if necessary.]

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011                                Page 3                                F 702

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: April 29, 2015

Ernest M. Robles
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011 | Page 4 | F 702

[EXHIBIT – PARTIES' SIGNATURE PAGE]

SUBMITTED JOINTLY BY:

Date: 4/27/2015

Insalata Florencia, Defendant,
Printed name of party

_____
Signature of party

Date: 4/27/2015

David Brian Lally, Esq.,
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: 4/27/2015

Wesley Avery, Plaintiff
(Name of party)

_____
(Signature of party)

Date: 4/27/2015

Robert Aronson, Esq.,
Printed name of party's attorney

_____
(Signature of party's counsel)

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 4/27/2015

Insalata Florencia, Defendant.
Printed name of party

/s/Insalata Florencia
Signature of party

Date: 4/27/2015

David Brian Lally, Esq.,
Printed name of party's attorney

*[signature]*
(Signature of party's counsel)

Date: 4/27/2015

Wesley Avery, Plaintiff
(Name of party)

_____
(Signature of party)

Date: 4/27/2015

Robert Aronson, Esq.,
Printed name of party's attorney

_____
(Signature of party's counsel)

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 4/27/2015

Insalata Florencia, Defendant.
Printed name of party

/s/Insalata Florencia
Signature of party

Date: 4/27/2015

David Brian Lally, Esq.,
Printed name of party's attorney

_____.
(Signature of party's counsel)

Date: 4/27/2015

Wesley Avery, Plaintiff
(Name of party)

_____
(Signature of party)

Date: 4/27/2015

Robert Aronson, Esq.,
Printed name of party's attorney

_____.
(Signature of party's counsel)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011    Page 5    **F 702**